❧AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

MARCUS JABOR ALLS
6686 COUNTY ROAD 2261
TROY, AL

**WARRANT FOR ARREST**

CASE NUMBER    2:05CR175-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __MARCUS JABOR ALLS__
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☒ Violation Notice ☐ Probation Violation Petition
☐ Superseding Indictment

charging him or her     (brief description of offense)

FELON/FIREARMS

in violation of Title ___18___ United States Code, ___922(g) (1)___

__DEBRA P. HACKETT__
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer - Deputy Clerk

__CLERK__
Title of Issuing Officer

__August 4, 2005- Montgomery, AL__
Date and Location

Bail fixed at __to be set at initial appearance__ by __U.S. MAGISTRATE JUDGE__
                                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |