COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

DATE: 8/18/05

DIGITAL Recording : 3:49- 3:59

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON   DEPUTY CLERK: Wanda Robinson
CASE NO.   2:05cr175-T            DEFENDANT NAME: Marcus Jabor Alls
AUSA:  Verne Speirs               DEFT. ATTY:  Karl Nastrom

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

PTSO: Tamara Martin               USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES   Name:

- √ Date of Arrest 8/18/05 or ☐ Arrest Rule 40
- ☐ Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☐ Deft First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- √ Financial Affidavit executed *ORAL MOTION FOR APPT OF COUNSEL*
- √ *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed*
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained
- ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed
- ☐ Detention Hearing ☐ held; ☐ set for
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
- ☐ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
- ☐ Release order entered. Deft advised of conditions of release
- √ BOND EXECUTED (M/D AL charges) $. **25,000**
- ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
- ☐ Bond not executed. Defendant to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
- √ ARRAIGNMENT HELD. Plea of NOT GUILTY entered. ☐ Set for
- ☐ DISCOVERY DISCLOSURE DATE: **8/19/05**
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- √ WAIVER of Speedy Trial.  CRIMINAL TERM: 1/23/06

PRETRIAL: 10/17/05
PRETRIAL MOTIONS: 10/15/05