```
       IN THE DISTRICT COURT OF THE UNITED STATES
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>    v.    )<br>    )<br>MARCUS JABOR ALLS    ) | CR. NO. 2:05cr175-T |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this 30th day of August, 2005.

```
                    FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
                    Bar Number: 7068-II58J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Donnie Wayne Bethel** and **Verne H. Speirs**.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J