| COURTROOM DEPUTY'S MINUTES | DATE: 10/17/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:45 - 9:45 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr175-T    **DEFENDANT(S):** Marcus Jabor Alls

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Clark Morris | * | Donnie Wayne Bethel |
| | | |
| | * | |
| | * | |

❐ **DISCOVERY STATUS:**     Complete

❐ **PENDING MOTION STATUS:**

❐ **PLEA STATUS:**     Likely Plea

❐ **TRIAL STATUS**
   Day and a Half for Trial
   **Term: 1/23/06**

❐ **REMARKS:**