| COURTROOM DEPUTY'S MINUTES | DATE: 11/21/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording:  9:40 - 9:40 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.**  Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:05cr175-T | **DEFENDANT(S):** Marcus Jabor Alls |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Karl David Cooke, Jr., standing in for Verne H. Speirs | * | Christine Freeman standing in for Donnie Wayne Bethel |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**   Likely Plea

1/17/06 Consent Date at 9:00 a.m.

☐ **TRIAL STATUS**

Day and a Half for Trial
Term: 1/23/06

☐ **REMARKS:**