PS 12C (8/03)

RECEIVED

2005 DEC 20 A 9: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## United States District Court

### for

### Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Marcus Jabor Alls                Case Number: 2:05cr175-T

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: August 18, 2005

Original Offense: 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Convicted Felon

Type of Release: $25,000 unsecured appearance bond with Pretrial Supervision

Date of Next Court Appearance: January 23, 2006 (trial term)

Conditions of Release: Report to Pretrial Services as directed; Maintain or actively seek employment; No firearms; Refrain from excessive use of alcohol; Refrain from any use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a physician; Submit to drug testing; Participate in a program for inpatient or outpatient substance abuse treatment as directed; Report any law enforcement contact; Refrain from possession of any type drug paraphernalia.

Assistant U.S. Attorney: Vern Speirs                Defense Attorney: Don Bethel

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 1: "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case." | On December 19, 2005, I was notified by Troy Police Sergeant Sonny Scheieber that a warrant had been issued for the arrest of Alls, charging him with Burglary, First Degree. Sergeant Scheieber advised that the victim in this case, Christopher Merritt, had signed a complaint charging that on December 18, 2005, at approximately 3:44 a.m., the Troy police were called to the residence of Merritt, and were advised that while Merritt was asleep, Alls had entered his residence and attacked him with a knife. Merritt stated that he was asleep and woke up to find Alls standing in the bedroom. Merritt reported that Alls attacked him by punching and kicking him and then stabbed him in the neck, right inner thigh and testicles. Merritt advised police officers that the argument was the result of his being involved with Alls' girlfriend. Merritt was transported by ambulance to the local hospital where he received treatment and was released. The injuries he received were not life threatening. Sergeant Scheieber stated that as of this writing, Alls has not been arrested. |

Supervision history of defendant and actions taken by officer: Since Alls release on pretrial supervision, he has lived in the home with his girlfriend, Jeanie Jackson, and has been employed on a part-time basis with Nicks Cheers in Troy. In September 2005, a report was submitted to the court advising that Alls had tested positive for cocaine on September 9, 2005. Alls was enrolled in substance abuse treatment at East Central Mental Health and has participated as directed.

PS 120
(8/03)

2

U.S. Probation Officer Recommendation:

[X]   The term of release should be:
      [X]    revoked.

[ ]   The conditions of supervision should be modified as follows:

                                                    Respectfully submitted,

                                          by        *Sandra Wood*
                                                    Sandra G. Wood
                                                    Senior U.S. Probation Officer
                                                    Date: December 19, 2005

Reviewed and approved: _____
                       Scott Wright
                       Supervisory U. S. Probation Officer

========================================

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                          _____
                                          Signature of Judicial Officer

                                          _____
                                          Date