| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/3/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:24 - 9:26 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:05cr175-T | **DEFENDANT(S):** Marcus Jabor Alls |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Verne H. Speirs | | Donnie Wayne Bethel |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**   Likely Plea

1/17/06 Consent Date at 9:00 a.m.

☐ **TRIAL STATUS**

**2 Days for Trial**
**Term: 1/23/06**

☐ **REMARKS:**