**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

January 13, 2006

## *NOTICE OF DEFICIENCY*

TO: Attorney Donnie Bethel

FROM: Sheila Carnes
Deputy Clerk

SUBJECT: United States of America v Marcus Jabor Alls
Cr No. 2:05cr175-MHT
Waiver of Speedy Trial, DN 25

Pursuant to the Criminal Administrative Procedures for electronic filing in the district, a certificate of service evidencing service on all parties entitled to service or notice is still required when filing electronically.  The Waiver of Speedy Trial filed in this case on January 13, 2006, does not include a certificate of service.