IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr175-C |
| | ) | |
| MARCUS JABOR ALLS | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, K. David Cooke, Jr., and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 7th day of February, 2006.

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              /s/K. David Cooke, Jr.
                                              K. DAVID COOKE, JR.
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, AL 36104
                                              Phone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:05cr175-C</u> |
| | ) | |
| MARCUS JABOR ALLS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donnie W. Bethel, Esq.

          Respectfully submitted,

          /s/K. David Cooke, Jr.
          K. DAVID COOKE, JR.
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          E-mail: <u>david.cooke@usdoj.gov</u>