IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 13 2006 | AT: | 10:05 a.m. |
| DATE COMPLETED: | February 13, 2006 | AT: | 5:30 p.m. |
| | | | (Court Time: 1 hr. 29 min.) |

UNITED STATES OF AMERICA    )
                           )
vs.                        )   CR. No. 2:05cr175-LSC
                           )
MARCUS JABOR ALLS          )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Don Bethel |
| Tommie Hardwick | |

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter        Elna Behrman, Courtroom Deputy

**JURORS**

1. Carol York
2. Everett Bagby
3. Ricky Messick
4. Elizabeth Price
5. Marta Lilly
6. Lorrie Grigsby
7. Craig Packard
8. Cynthia Radford
9. Robin Layton
10. Kathy Davis
11. Melitta Caldwell
12. Margaret Miller

**ALTERNATE JURORS**

1. Virginia Acton
2. Sharon Walker

**COURTROOM PROCEEDINGS**

| | |
|---|---|
| 10:05 a.m. | Court is in session. |
| | Jury oath given. |
| | Court gives general information to the venire. |
| 11:15 a.m. | Multiple jury qualification ends. |
| 4:21 p.m. - 4:25 p.m. | Bench conference (on the record) |
| 4:25 p.m. | Jury selection begins. |
| 5:00 p.m. - 5:22 p.m. | Batson challenge conference (on the record, outside presence of jury) |
| 5:25 p.m. | Jury selection complete. |
| 5:30 p.m. | Remaining members of venire excused and court adjourned. |