IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR175-LSC |
| | ) | [WO] |
| MARCUS JABOR ALLS | ) | |

**ORDER ON MOTION**

For good cause, it is ORDERED as follows:

1. The defendant's Motion to Reconsider Request for Detention Hearing, filed on 15 February 2006 (Doc. # 48), is GRANTED.

2. The parties and their counsel shall appear for a detention hearing on 21 February 2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 17th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE