IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR175-LSC |
| | ) | [WO] |
| MARCUS JABOR ALLS | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that defendant's Motion to Waive Detention Hearing (Doc. #51) is GRANTED. The detention hearing scheduled for 21 February 2006 is CANCELLED.

DONE this 21st day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE