JURY TRIAL SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CASE NUMBER: 2:05-CR-175-LSC |
| MARCUS JABOR ALLS | |

JURY SELECTED

| | | | |
|---|---|---|---|
| 1. | Carol Thomas York | 7. | Craig William Packard |
| 2. | Everett Newton Bagby | 8. | Cynthia Ann Radford |
| 3. | Ricky Lorne Messick | 9. | Robin Hollis Layton |
| 4. | Elizabeth Nobles Price | 10. | Kathy Lee Davis |
| 5. | Marta Torini Lilly | 11. | Melitta T. Caldwell |
| 6. | Lorrie G. Grigsby | 12. | Margaret Witt Miller (excused 2/23/2006) |
| First Alt. | Virginia Acton | Second Alt. | Sharon Kay Walker |

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| 2/23/2006:  Christopher Brooks | 2/23/2006:  Jeanie Jackson |
| William Daniel Walker | Johnny Johnson |
| Ronald McCoy | Christy Leanne Champion |
| Rebuttal:  Jennifer Rudden | John Carter |
| Randall Barr | Christopher Brooks (recalled) |
| | Marcus Alls |

COURTROOM DEPUTY:  Ann Fox        COURT REPORTER:  Lindy Fuller

TRIAL DATES:   2/22/2006: 3:10 - 3:16; 5:00 - 510
                          2/23/2006: 11:00 - 12:05; 1:05 - 2:35; 3:10 - 5:00 (Jury Deliberations 5:00 - 5:30 )
                          2/24/2006:

COURTROOM NOTES CONT.   USA v. ALLS          CASE NUMBER: 2:05-CR-175-LSC

| |
|---|
| **2/22/2006: HEARING** held before the Honorable L. Scott Coogler, USDJ regarding defendant's motions #42, 43, and 44 in limine - Court's (oral) rulings on the record; |
| **2/23/2006: JURY TRIAL** held before the Honorable L. Scott Coogler, USDJ; Stipulation by parties as to Government's and Defendant's exhibits offered and admitted;   Jury welcomed and oath administered;  Opening statements; Witness Rule invoked; Government testimony - Lunch Break - testimony continued - Government rest;   [[(outside presence of jury) - Dft's (oral) motion for judgment of acquittal as to Ct 1- (orally) DENIED]];  Defendant's testimony - afternoon break - [[(outside presence of jury) - govt's (oral) motion in limine - (orally) GRANTED]]; testimony continued - Defendant rest - Government's rebuttal testimony - Government rest; [[(oustide presence of jury) - Defendant's renewed (oral) motion for judgment of acquittal - (orally) DENIED;   Informal Charge conference with attorneys; Closing arguments;   Court's charge to the jury;   Alternate juror released;  (Jury Deliberations 5:00 -5:30); Daily recessed - Ctrptr Lindy Fuller /adf |
| **2/24/2006: JURY TRIAL** resumed;   Jury deliberations continued |

# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING            AT MONTGOMERY, AL

DATE COMMENCED:  2/24/06            AT:  9:00 a.m.
DATE COMPLETED:  2/24/06            AT:  6:45 p.m.

UNITED STATES OF AMERICA         §
vs.                              §    CR. NO. 2:05CR175-LSC
                                 §
MARCUS JABOR ALLS                §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| David Cooke | | Don Bethel |
| | | Christine Freeman |

## COURT OFFICIALS PRESENT:

Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

## COURTROOM PROCEEDINGS:

( X ) **Jury Trial Deliberations**
**Day Three**

- 9:00 a.m - Jury deliberations continue.
- 10:25 a.m. - Court convenes and receives two notes from the jury.
  Counsel argues their positions regarding the two notes received from the jury.
- 10:45 a.m. - Court is in recess.
- 11:10 a.m. - Court reconvenes and brings the jury in to address their two notes.
- 11:20 a.m. - Court is in recess.
- 11:30 a.m. - Court reconvenes and receives two additional notes from the jury.
- 11:40 a.m. - Court is in recess.
- 2:15 p.m. - Court reconvenes and receives another note from the jury.
- 2:20 p.m. - Court is in recess.
- 4:10 p.m. - Court reconvenes to discuss giving the jury panel the Alan Charge.

|  |  |
|---|---|
|  | Government does not appose the Alan Charge. |
|  | Defense counsel apposes the Alan Charge. |
| 4:20 p.m. - | Court is in recess. |
| 5:30 p.m. - | Court reconvenes and gives the jury panel the Alan Charge. |
|  | Defense counsel apposes the Alan Charge being given. |
| 5:38 p.m. - | Court is in recess. |
| 6:35 p.m. - | Court reconvenes. |
|  | Jury returns with a verdict of guilty and the Court ORDERS that this judgment be entered on the docket. |
|  | Government Motions to Speak with jurors. |
|  | Court DENIES Oral Motion to Speak with jurors but states that counsel may file a separate motion. |
| 6:45 p.m. - | Court is in recess. |