STYLE: USA v. Alls     CASE NUMBER:

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | | | | | | | | ✓ | Photos of Trailer Park on Cactus Lane |
| | 2 | | | | | | | | ✓ | " |
| | 3 | | | | | | | | ✓ | " |
| | 4 | | | | | | | | ✓ | " |
| | 5 | | | | | | | | ✓ | Photos of 2000 Pontiac Grand Am |
| | 6 | | | | | | | | ✓ | " |
| | 7 | | | | | | | | ✓ | " |
| | 8 | | | | | | | | ✓ | " |
| | 9 | | | | | | | | ✓ | " |
| | 10 | | | | | | | | ✓ | Cert. copy of a 1994 Felony Conviction for Mark Mathis |

| STYLE: | | | | | | | | CASE NUMBER: | |
|---|---|---|---|---|---|---|---|---|---|
| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED |
| | | | SUS | O/R | RES | SUS | O/R | | EXHIBITS<br><br>PLAINTIFF<br>GOVERNMENT<br>DEFENDANT<br>COURT<br>JOINT |
| | 1 | | | | | | | ✓ | Cert. copy of a 1992 Felony Conviction for Mark Matthis |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 0 | | | | | | | | |

**DEFENSE EXHIBIT LIST**

| | |
|---|---|
| EXHIBITS 1-4 | PHOTOGRAPHS OF TRAILER PARK ON CACTUS LANE IN TROY, AL |
| EXHIBITS 5-9 | PHOTOGRAPHS OF 2000 PONTIAC GRAND AM |
| EXHIBIT 10 | CERTIFIED COPY OF A 1994 FELONY CONVICTION FOR MARK MATHIS |
| EXHIBIT 11 | CERTIFIED COPY OF A 1992 FELONY CONVICTION FOR MARK MATHIS |