EXHIBITS                                                                                           Page 1

UNITED STATES OF AMERICA

CR. NO. 2:05cr175

v.

**Marcus Jabor Alls**

| | Exhibit # | Description | Witness | Admitted |
|---|---|---|---|---|
| ✓ | 1 | Lorcin .380 handgun # 438634 | Cpl Walker | ✓ |
| ✓ | 2 | Raven Arms .25 handgun # 1741546 | Cpl Walker | ✓ |
| ✓ | 3 | Plastic bag containing shotgun shell recovered from Defendant's pocket, and 5 shotgun shells recovered from Mossberg 20 gauge pump shotgun | Cpl Walker | ✓ |
| ant | 4 | photograph of Mossberg shotgun, Lorcin .380 handgun, Raven Arms .25 handgun, and ammunition recovered in this case | Cpl Walker | ✓ |
| | 5 | Uncle Mike's sidekick holster | Cpl Walker | ✓ |
| ✓ | 6 | Plastic bag containing the shotgun shells recovered from belt bandoleer in backseat, and shotgun shells lying loose in back passenger floorboard | Cpl Walker | ✓ |
| ✓ | 7 | Box of twenty-five (25) .25 caliber handgun rounds found under the passenger side floor-mat | Cpl Walker | ✓ |
| ✓ | 8 | Box of fourteen (14) Winchester .380 caliber rounds located under driver's side floor-mat | Cpl Walker | ✓ |
| | 9 | not offered | not offered | — |
| ✓ | 10 | .25 caliber ammunition taken from Raven Arms handgun | Cpl Walker | ✓ |
| | 11 | Certified copy of Troy Municipal Court Conviction for Carrying a Pistol Without a License | Rudden | ✓ |
| | 12 | Troy PD property tag for Mossberg 20 gauge shotgun number K343783 | Cpl Walker or Rudden | ✓ |
| | 13 | Troy PD property tag for 1 bandoleer containing 20 gauge shotgun shells | Cpl Walker or Rudden | ✓ |
| ✓ | 14 | Seven rounds of Winchester .380 ammunition removed from Lorcin .380 handgun number 438634 | Cpl Walker | ✓ |
| | | | | |
| | | | | |
| | | | | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

IN THE MATTER OF: _____

U.S.A.

VS.

Marcus Jabar Alls

CASE NUMBER: 2:05-cr-175-LSC

**RECEIPT IS HEREBY ACKNOWLEDGED
FOR THE FOLLOWING TRIAL EXHIBITS**:

Gov't's Exhibits #1, 2, 3, 5, 6, 7, 8, 10 + 14 returned to agent

_____  02/23/06
(Signature)                    (Date)

JENNIFER A. RUDDEN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

IN THE MATTER OF: _____

USA

VS.

Marcus Jabor Alls

CASE NUMBER: 2:05-CR-175-LSC

**RECEIPT IS HEREBY ACKNOWLEDGED
FOR THE FOLLOWING TRIAL EXHIBITS:**

Gov't Exhibits 1, 2, 3, 5, 6, 7, 8, 10, 14 (sensitive) returned to Agent Jennifer Rudden after trial verdict. rec'd by [signature] 2/24/06

(Signature)     (Date)