| COURTS ' EXHIBITS CR NO. 2:05CR175-LSC | UNITED STATES OF AMERICA vs MARCUS JABOR ALLS | | | | | |
|---|---|---|---|---|---|---|
| **JURY TRIAL - DAY THREE 2/24/06** | **PRESIDING JUDGE: MARK E. FULLER** | | | | | |
| exhibits maintained w/ file in separate binder | **Court Reporter: JIMMY DICKENS** | | | | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| | | 2/24/06 | 1 | | | Hand written note from the jury |
| | | 2/24/06 | 2 | | | Hand written note from the jury |
| | | 2/24/06 | 3 | | | Hand written note from the jury |
| | | 2/24/06 | 4 | | | Hand written note from the jury |
| | | 2/24/06 | 5 | | | Hand written note from the jury |