UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA     ]
     ]
     ]
V.     ]    CASE NO. 2:05-CR-175-LSC
     ]
     ]
MARCUS JABOR ALLS     ]

## VERDICT

### (Count One)

We, the jury, find the defendant, Marcus Jabor Alls, NOT GUILTY as charged in Count One of the indictment.

_____
DATE

_____
FOREPERSON'S SIGNATURE

-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

We, the jury, find the defendant, Marcus Jabor Alls, GUILTY as charged in Count One of the indictment.

_2/24/06_
DATE

_Ricky L. Messick_
FOREPERSON'S SIGNATURE