```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
     v.                       )   CR. NO. 2:05cr175-C
                              )
MARCUS JABOR ALLS             )
```

MOTION TO ENTER PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture.

After being found guilty at trial, defendant Marcus Jabor Alls agreed to forfeiture of the firearms (One Lorcin Engineering, Model L 380, .380 Caliber Handgun, bearing serial number 438634 and One Raven Arms, Model MP25, .25 Caliber Handgun, bearing serial number 1741546). Notice that the United States sought forfeiture of these firearms was contained in the bill of particulars in this case.

The United States further requests this Honorable Court to make entry of said Order part of its oral pronouncement of sentence and record entry of forfeiture on the applicable judgment forms.

Respectfully submitted this 2nd day of March, 2006.

```
                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY



                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile: (334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I electronically filed the foregoing Motion to Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David Cooke** and **Donnie Bethel**.

```
                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov
                              Bar Number: 7068-II58J
```