(Please accept as a petition)

RECEIVED   2:05cr175-LSC

2006 MAR 15 P 3:58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Honorable judge L. Scott Coogler,

Sir. My name is Marcus J. Allis, I'm having problem with my lawyer Don Bethal. He have lyied to me about my case, he had me thinking that he could win my case but he did not. I didn't get a chance of a guilty plea, the only thing he told me about is a sentencing guide line a day before trail. I have'nt got any mail from my lawyer sense I been lock up.   I talk with Mr. Bethal in court about a jury person, Ricky Missett, on the phone 3-06-06, he said that it did not matter. I wish to remove him as my lawyer, am asking the court too point me another lawyer in his place, also I have'nt reserve any legal documents from the court's or my lawyer, I was not represented properly, not complantly I just dont understand about the law plea bargaining or sentencing, I was not offered a plea. My lawyer said that we was going too trail. Sir I would like too ask for a new lawyer too represent me in my behalf.

Thanking you in advance,
Ferderal Inmate
M. Marcus J. Allis   00948

P.S. Sir this is the only informantion that I have concerning my case!!

Subscribed and sworn to before me in my Presence, this 10th day of March 2006, a Notary Public in and for the County of Montgomery, State of Alabama
Lisa Hamilton Davis
(Signature)   Notary Public
My Commission Expires March 17, 2009

Marcus B. Mills
Montgomery City Jail
P.O. Box 159
Montgomery, AL
36101

**INMATE MAIL**
**Montgomery City Jail**

Honorable Judge. I. Scott Coogler
One Church St.
Montgomery, Al. 36104