2:05Cr175-LSC

Honorable judge L. Scott Coolgler,

My name is [redacted].

RECEIVED

I hope that you accept my petition that I sent about my lawyer. Honorable judge Coolgler something in my trial I don't understand, I ask my lawyer about, I still don't understand. Doing my trial I told mr. Don Bethal that the witness was lying on the stand, he did'nt do any thing about it and I was getting mad about it, he told me to set their and don't say a word and control my angry so I would'nt get into trouble. The Officer from tray said you could see the print of the box of bullet's, that was a lie because I have three (3) different type of floor mat in my car in the front and in the back as well, by me knowing that I could'nt be around any pistal I would have said something too my girlfriend but I did'nt, I told mr. Bethal about it and he said that he did'nt care where the box of bullet was found in my car.

Honorable judge Coolgler will you please give me another chance, if you do I promise that you wont have too worry about me coming back too jail on any charge like this cause the Federal system have shown me how easy it is to get into trouble without you knowing. I feel like the other person that really cause all of this should take my place but they are free while am doing their time for them, I was raise up too have respect for the law, if you do the crime you should do the time. I dont understand why I an about do time for something I haven't done, but another person said I did it so →

now I'm about do time. Your Honor will you please forgive me because I am dum too the fact about the law." If I commit a crime I will take full responsibility for my action that's only if I commit a crime. Yes, I did plea guilty to this case in state court because my lawyer said I would have lost the case and I took his advice and let him plead me guilty in that case, I wish now it never took place like it did and am very sorry that it did your Honor! I just want to say thank you for your time and concern in this matter.

Thanking you in advance,
Mr. Marcus J. Allo



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.