IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 2:05-cr-175-LSC |
| ) | |
| MARCUS JABOR ALLS ) | |

## MOTION TO WITHDRAW PRO SE REQUEST FOR NEW COUNSEL

COMES NOW the Defendant, **MARCUS JABOR ALLS**, by undersigned counsel, Donnie W. Bethel, and respectfully withdraws his request for the appointment of new counsel. In support of this motion, Mr. Alls would show the following:

1.  Mr. Alls and undersigned counsel have met and discussed Mr. Alls' pro se request.

2.  As a result of those discussions, Mr. Alls wishes to continue to have undersigned counsel represent him and does not desire that the Court appoint new counsel.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Dated this 28th day of March, 2006.

Respectfully submitted

MARCUS JABOR ALLS
Defendant

DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-175-LSC |
| | ) | |
| MARCUS JABOR ALLS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

/s Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49