IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 2:05-cr-175-LSC |
| ) | |
| MARCUS JABOR ALLS ) | |

### MOTION TO WITHDRAW PRO SE REQUEST FOR NEW COUNSEL

COMES NOW the Defendant, **MARCUS JABOR ALLS**, by undersigned counsel, Donnie W. Bethel, and respectfully withdraws his request for the appointment of new counsel. In support of this motion, Mr. Alls would show the following:

1. Mr. Alls and undersigned counsel have met and discussed Mr. Alls' pro se request.

2. As a result of those discussions, Mr. Alls wishes to continue to have undersigned counsel represent him and does not desire that the Court appoint new counsel.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Dated this 28th day of March, 2006.

Respectfully submitted

*/s/ Marcus J. Alls*
MARCUS JABOR ALLS
Defendant

*/s/ D. W. Bethel*
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

**MOTION GRANTED**

THIS 5th DAY OF June, 2006
/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE