## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-175-T |
| | ) | |
| MARCUS JABOR ALLS | ) | |

### NOTICE OF APPEAL

**NOW COMES** the Defendant, Marcus Alls, by and through undersigned counsel, and files this notice of appeal of the Judgment of conviction and sentence, filed following his sentencing hearing in this matter on or shortly after June 8, 2006. The Defendant is in custody and has previously been found to be indigent. He is therefore entitled is entitled, pursuant to 18 U.S.C. § 3006A(d)(7), to proceed with this appeal *in forma pauperis* and without prepayment of fees and costs or security therefore and without meeting the requirements of 28 U.S.C. §1915(a). *See United States v. Osuna*, 141 F.3d 1412, 1414 (10th Cir. 1998); *United States v. McKee*, 309 F.Supp.2d 1358, 1359 at n. 1 (M.D. Ala. 2004).

Respectfully submitted,
**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Marcus Alls
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

K. David Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Marcus Alls
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org