UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | **2:05-CR-175-LSC** |
| | ] | |
| **MARCUS JABOR ALLS,** | ] | |
| Defendant. | ] | |

## O R D E R
## AMENDING JUDGMENT

Due to clerical error it is ORDERED that the judgment (doc. 66) entered in this case on June 12, 2006, is hereby AMENDED on page one as follows: The date the sentence was pronounced was June 8, 2006, (incorrectly shown as June 8, 2005).

This amendment to the judgment is entered nunc pro tunc June 12, 2006. All other provisions of the court's judgment shall remain in full effect.

Done this <u>16th</u> day of <u>June 2006</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019