IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:05cr175-MHT |
| MARCUS JABOR ALLS ) | |

### ORDER

It is ORDERED that the motion to add publication dates to record (doc. no. 74) is granted.

DONE, this the 24th day of October, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE