# United States Court of Appeals
## For the Eleventh Circuit

No. 06-13540

District Court Docket No.
05-00175-CR-C-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Aug 27, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

MARCUS JABOR ALLS,

    Defendant-Appellant.

------

Appeal from the United States District Court
for the Middle District of Alabama

------

A True Copy Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
SEP 25 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:    August 27, 2007
For the Court:    Thomas K. Kahn, Clerk
By:    Jackson, Jarvis