IN TEH UNITED STATES MIDDLE DISTRICT OF ALABAMA

Marcus J.Alls
Petitioner

Vs.

UNITED STATES OF AMERICAN
Respondents

Case No:776045-05-0141
Dock No: 2:05cr-175-15C

**MOTION FOR A STATUTS UPDATE**

Comes Now, The Petitioner, Marcus J.(Alls) moves into this Honorable Court seeking a statuts update on when he is set to E.O.S. his Federal Sentence. The Petitioner submit the following insupport of this Motion:

1. The Petitioner was sentenced to a 57months sentence and 3years probation by this Honorable Court on 6/8/06 .

2. The Petitioner was sentenced to a 10 Years Sentence by Pike County Alabama and it was run concurrant with the petitioner 57months sentence in the Federal Court. The Petitioner was sentence to 10 Years with 5 years probation.

3. The Petitioner request that this Honorable Court will forward him a statuts update on his sentence showing when his Federal Sentence end, and does his 10 Years  5 Years Probation over run the 57 Months, been that the State time was run concurrant with Federal Sentence.

**WHEREFORE,** The Petitioner prays that this Honorable Court will grant this Motion and forward him a copy of when his Federal Sentence end, and does his State Sentence over run his Federal Sentence been that they was run together.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the United States Middle District, by placing it into Ventress Corr.Fac. Mail Box on: Dec. 04 2007.

Marcus J. ALLS
Marcus J.Alls

PAGE 1