IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      2:05cr175-MHT
MARCUS JABOR ALLS            )
```

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Marcus Jabor Alls's motion for a status update (Doc. No. 84) is granted to the extent that the court will furnish him with a copy of his judgment of conviction (Doc. No. 66) as amended (Doc. No. 67). The clerk of the court is to mail a copy of these documents to defendant Alls.

(2) Said motion is denied in all other respects. The court does not give legal advice.

DONE, this the 7th day of December, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE